1114

No. 73–5367. RAMIREZ-VILLANUEVA v. DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 73–5380. KIMBROUGH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5447. HAGY ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–5455. McCARTHY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5469. PINKETT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–5472. SMITH v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 73–5476. MURZYN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–5482. PHILLIPS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–5485. PEDLAR v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–5490. FOSTER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–5494. WOLCOTT v. NORTON, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 73–5499. THERIAULT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.